IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02486-LTB-KLM

STEVEN R. JOHNSTON,

      Plaintiff,

v.

USAA FEDERAL SAVINGS BANK,

      Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [Docket No. 20; Filed May 15, 2013] (the "Motion").[1]

      IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**.  The Scheduling Order entered on December 13, 2012 [#12] is modified to extend the following deadline:

     •    Discovery Deadline                                 **July 11, 2013**

      IT IS FURTHER **ORDERED**, *sua sponte*, that the dispositive motions deadline is extended to **August 12, 2013**.

      Dated:  May 17, 2013

---

[1] In all future filings, the parties are instructed to use the complete civil action case number: 12-cv-02486-LTB-KLM.