IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02486-LTB-KLM

STEVEN R. JOHNSTON,

    Plaintiff,

v.

USAA FEDERAL SAVINGS BANK,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Second Motion to Amend Scheduling Order** [Docket No. 25; Filed August 8, 2013] (the "Motion").  As an initial matter, on May 17, 2013, the Court issued a Minute Order [#22] which in part instructed the parties to use the complete civil action case number in all future filings.  The Court's gentle reminder was, however, ignored, as the present Motion is again headed with only a partial civil action case number: "1:12-cv-02486-LTB."  Accordingly,

    IT IS HEREBY **ORDERED** that the parties shall use the complete civil action case number in all future filings: Civil Action No. 12-cv-02486-LTB-KLM.

    In the Motion, the parties seek to extend the discovery cut-off date to September 18, 2013, and the dispositive motions deadline to October 18, 2013.  A Final Pretrial Conference is set for October 25, 2013, and a Jury Trial is set to commence before the District Judge on December 2, 2013.  Extending the deadlines as requested by the parties allows insufficient time for full briefing and resolution of dispositive motions prior to trial.  Accordingly,

    IT IS FURTHER **ORDERED** that the Motion [#25] is **DENIED without prejudice**.

    Dated:  August 19, 2013