IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02486-LTB-KLM

STEVEN R. JOHNSTON,

    Plaintiff,

v.

USAA FEDERAL SAVINGS BANK,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Amend Scheduling Order** [Docket No. 28; Filed September 9, 2013] (the "Motion"). On September 17, 2013, Plaintiff filed a Notice [#30] withdrawing his opposition to the Motion. The discovery deadline passed on July 11, 2013. *See Minute Order* [#22]. The dispositive motions deadline passed on August 12, 2013. *See id.* The parties did not seek to extend the discovery deadline before it passed. On August 8, 2013, they sought an extension of the discovery deadline and dispositive motions deadline, which were denied without prejudice because of the timing of the Jury Trial set to begin before the Senior Judge on December 2, 2013. *See Minute Order* [#27]. In the present Motion, the parties assert that they have scheduled depositions for September 18, 2013.

    IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED in part and DENIED without prejudice in part**.

    The Motion is **granted** to the extent that it seeks an extension of the discovery deadline through and including September 18, 2013, for the sole purpose of taking any presently scheduled deposition.

    The Motion is **denied without prejudice** to the extent it seeks an extension of the dispositive motions deadline and trial setting. The Senior Judge referred matters involving amendment of the scheduling order to the undersigned on December 13, 2012. *See Order of Reference* [#13]. However, the undersigned may not reschedule settings on the Senior Judge's calendar. Counsel should therefore file a Motion to Reset Trial that is separate from any motion seeking amendment of the Scheduling Order. The undersigned cannot

presently extend the dispositive motions deadline as requested by the parties because there would be insufficient time for full briefing and resolution of dispositive motions prior to trial.  If the Senior Judge resets the Jury Trial, the parties may then, with good cause, seek an extension of the dispositive motions deadline.

      Dated:  September 17, 2013