IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02486-LTB-KLM

STEVEN R. JOHNSTON,

    Plaintiff,

v.

USAA FEDERAL SAVINGS BANK,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Third Motion to Amend Scheduling Order** [Docket No. 34; Filed October 7, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the discovery deadline is extended to **October 14, 2013** for the sole purpose of taking Plaintiff's deposition.

    IT IS FURTHER **ORDERED** that the dispositive motions deadline is extended to **November 22, 2013**.

    IT IS FURTHER **ORDERED** that, pursuant to Judge Babcock's Minute Order [#33], a Final Pretrial Conference is **SET** for **February 20, 2014** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **February 13, 2014**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order

pursuant to the District of Colorado ECF Procedures.

The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website.

Dated:  October 8, 2013