IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02486-LTB-KLM

STEVEN R. JOHNSTON,

    Plaintiff,

v.

USAA FEDERAL SAVINGS BANK,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Fourth Motion to Amend Scheduling Order** [#37] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the discovery deadline is extended to **February 14, 2014** solely for the purposes of obtaining missing telephone records and continuing Plaintiff's deposition.

    IT IS FURTHER **ORDERED** that the dispositive motions deadline is extended to **March 14, 2014**.

    **The parties are warned that no further extensions of time will be granted on these deadlines absent <u>exceptional</u> circumstances.**

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for February 20, 2014 at 10:00 a.m. is **VACATED** and **RESET** to **May 29, 2014** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **May 22, 2014**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website.

Dated: November 14, 2013