IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02486-LTB-KLM

STEVEN R. JOHNSTON,

     Plaintiff,

v.

USAA FEDERAL SAVINGS BANK,

     Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for Contempt Against Third Party** [#40] (the "Motion").  On December 9, 2013, Plaintiff filed a **Notice of Withdrawal of Document** [#42], in which Plaintiff seeks to withdraw the Motion [#40], which is referred to the undersigned.  Based on Plaintiff's representation,

IT IS HEREBY **ORDERED** that the Motion [#40] is **DENIED as moot**.

Dated:  December 12, 2013