IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02486-LTB-KLM

STEVEN R. JOHNSTON,

    Plaintiff,

v.

USAA FEDERAL SAVINGS BANK,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on Defendant's **Unopposed Motion for Entry of Stipulated Protective Order** [#57] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#57] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#57-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: July 2, 2014